# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case 17-41543 |
| | § | |
| **Halprince William Stroud** | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | Chapter 13 |

## WITHDRAWAL OF CLAIM

**TO: CLERK OF THE COURT**

The Texas Workforce Commission hereby withdraws its General Unsecured Proof of

Claim No. 2 in the amount of $700.00, dated July 24th, 2017, which was filed with the

Court on July 24th, 2017, for Texas Workforce Commission Account No. xxx-xx-5454.

Respectfully submitted, this 24th day of July, 2017.

                                                  By: /s/ Janaha Crawford
                                                        Janaha Crawford
                                                        Account Examiner
                                                        Texas Workforce Commission

                                       ###